## FOSTER *v.* CALDWELL, INDUSTRIAL INSTITUTE SUPERINTENDENT

No. 72, Misc.   Decided December 8, 1969

*Reber F. Boult, Jr., Charles Morgan, Jr., Melvin L. Wulf,* and *Eleanor Holmes Norton* for appellant.

*Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.